IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

LAWRENCE WATSON, SR.                                                                PLAINTIFF

V.                            Case No. 2:06CV00134 JFF

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                              DEFENDANT

## JUDGMENT

It is Considered, Ordered, and Adjudged that judgment be entered for the plaintiff, reversing the decision of the Commissioner and remanding the case to the Commissioner for further proceedings. This is a sentence-four remand.

Dated this 28th day of September, 2007.

_____/s/ John F. Forster, Jr._____
UNITED STATES MAGISTRATE JUDGE